IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHRIS WALKER § | |
| § | |
| § | |
| V. § | CIVIL ACTION NO. 4:16-CV-03587 |
| § | |
| § | |
| NATIONWIDE PROPERTY AND § | |
| CASUALTY INSURANCE COMPANY § | |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff Chris Walker and Defendant Nationwide Property and Casualty Insurance Company have reached a settlement in this matter. The parties anticipate that they will be able to finalize settlement papers and submit an agreed motion of dismissal with prejudice within 60 days.

Respectfully submitted,

By: /s/ *Richard D. Daly*
Richard D. Daly, Attorney in Charge
Southern District Bar No. 20706
State Bar No. 00796429
rdaly@dalyblack.com
DALY & BLACK, P.C
2211 Norfolk St., Suite 800
Houston, Texas 77098
Telephone: 713.655.1405
Facsimile: 713.655.1587

**ATTORNEY FOR PLAINTIFF
CHRIS WALKER**

*-And-*

[Signatures Continued on Next Page]

By: /s/ *Randall G. Walters*
RANDALL G. WALTERS
randy.walters@wbclawfirm.com
State Bar No. 20819480
Southern District Bar No. 259481
Meadow Park Tower
10440 N. Central Expressway, Suite 1500
Dallas, Texas 75202
Telephone: 214-749-4805
Facsimile: 214-760-1670

**ATTORNEY FOR DEFENDANT
NATIONWIDE PROPERTY AND
CASUALTY INSURANCE COMPANY**

PLAINTIFF'S OF COUNSEL:
Ana Ene
Southern District Bar No. 1259986
State of Texas Bar No. 24076368
aene@dalyblack.com
Sheldon Wayne
Southern District Bar No. 2755163
State of Texas Bar No. 24098581
swayne@dalyblack.com
DALY & BLACK, P.C.
2211 Norfolk Street, Suite 800
Houston, Texas 77098
Telephone: 713.655.1405
Facsimile: 713.655.1587

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was delivered to all counsel of record for Defendant, via facsimile or electronically, in compliance with the Federal Rules of Civil Procedure on January 31, 2017.

Randy G. Walters
Christopher Peirce
WALTERS, BALIDO & CRAIN, L.L.P.
10440 N. Central Expressway, Suite 1500
Dallas, Texas 75231
Tel: (214) 749-4805
Fax: (214) 347-8381
randy.walters@wbclawfirm.com
waltersedocsnotifications@wbclawfirm.com
christopher.peirce@wbclawfirm.com

**ATTORNEYS FOR DEFENDANT
NATIONWIDE PROPERTY AND
CASUALTY INSURANCE COMPANY**

                                                  /s/ *Sheldon P. Wayne*
                                                  Sheldon P. Wayne