United States District Court
Southern District of Texas
**ENTERED**
March 20, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Chris Walker, | § § § § | |
| Plaintiff, | § | |
| v. | § § | Civil Action No. H-16-3587 |
| Nationwide Property and Casualty Insurance Company, | § § § | |
| Defendants. | § | |

ORDER

Pursuant to the Joint Stipulation of Dismissal filed on March 16, the above-styled action shall be and is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

The Clerk shall send a true copy to all counsel of record.

Signed this \_\_\_17\_\_\_ day of March, 2017.

DAVID HITTNER
United States District Judge